QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALBERTO MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:04-Cr-05248-AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER THEREON |
| v. | |
| ALBERTO MORALES, | Date: August 22, 2005<br>Time: 9:00 A.M. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing set for July 25, 2005, may be continued to August 22, 2005, at 9:00 A.M.**

The reason for the continuance is that counsel for defendant needs additional time for resolution of the case.

///
///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: July 21, 2005

By: /s/ by F. Zepeda with consent of J. Conklin
JONATHAN B. CONKLIN
Assistant United States Attorney
Counsel for Plaintiff

QUIN DENVIR
Federal Defender

DATED: July 21, 2005

By: /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant
ALBERTO MORALES

## PROPOSED ORDER

**IT IS SO ORDERED.** Time is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   July 25, 2005**           /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE