1 | QUIN DENVIR, Bar #49374
Federal Defender
2 | FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALBERTO MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:04-Cr-05248-AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS ) CONFERENCE HEARING; ORDER |
| v. | ) Date: January 9, 2006 |
| ALBERTO MORALES, | ) Time: 9:00 A.M. ) Judge: Hon. Anthony W. Ishii |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing set for November 21, 2005, may be continued to January 9, 2006, at 9:00 A.M.**

The reason for the continuance is that the parties need additional time for resolution of the case.

///
///
///
///
///
///
///

1    The parties also agree that any delay resulting from this continuance shall be excluded in the
2    interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: November 17, 2005            /s/ by F. Zepeda with consent of J. Conklin
                                 By: _____
                                    JONATHAN B. CONKLIN
                                    Assistant United States Attorney
                                    Counsel for Plaintiff

QUIN DENVIR
Federal Defender

DATED: November 17, 2005         By:  /s/ Francine Zepeda
                                    FRANCINE ZEPEDA
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ALBERTO MORALES

## PROPOSED ORDER

**IT IS SO ORDERED.**  Time is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:    November 18, 2005**              /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing
and [Proposed] Order Thereon                    2