DENNIS S. WAKS, Bar #142581
Acting Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALBERTO MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ALBERTO MORALES,<br><br>            Defendant. | NO. 1:04-Cr-05248-AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER<br><br>Date:  January 23, 2006<br>Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing set for January 9, 2006, may be continued to January 23, 2006, at 9:00 A.M.**

This continuance is sought at the request of counsel for defendant to allow for continuity of counsel because she is still on medical leave and does not anticipate return to her office until after January 9, 2006, the date now set for hearing, and because the parties need additional time for resolution of the case.

///

///

///

///

1   The parties also agree that any delay resulting from this continuance shall be excluded in the
2   interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: January 3, 2006          By:  /s/ Marianne Pansa
                                MARIANNE PANSA
                                Assistant United States Attorney
                                Counsel for Plaintiff


                                DENNIS S. WAKS
                                Acting Federal Defender

DATED: January 3, 2006          By:  /s/ Melody M. Walcott for Francine Zepeda
                                FRANCINE ZEPEDA
                                Assistant Federal Defender
                                Attorney for Defendant
                                ALBERTO MORALES


### PROPOSED ORDER

**IT IS SO ORDERED.**  Time is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   January 4, 2006**           /s/ **Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing
and [Proposed] Order Thereon                    2